UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*ADR*

CHAU PAPATHEODOROU, an individual

SUMMONS IN A CIVIL CASE

*E-FILING*

v.    CASE NUMBER:

ROGER CLARK, an individual; CRM INVESTORS CORPORATION, a Michigan corporation; FORTRESS GROUP USA, LLC, a Michigan limited liability company; NATIONAL CITY BANK, an Ohio corporation, and DOES 1 through 50, inclusive

**C08 01905 RS**

TO: (Name and address of defendant)
ROGER CLARK; CRM INVESTORS CORPORATION; and FORTRESS GROUP USA, LLC
1428 44th Street SW, Suite E
Grand Rapids, MI 49509

NATIONAL CITY BANK
1900 East Ninth Street
Cleveland, OH 44114

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

FRANK R. UBHAUS, CA STATE BAR NO. 46085
KARA L. ERDODI, CA STATE BAR NO. 221093
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

APR 0 9 2008
DATE

NDCAO440

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served Personally upon the Defendant. Place where served: _____

_____

   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:



☐  Other *(specify):*



### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.


Executed on  _____        _____
             Date                            Signature of Server

                                             _____
                                             Address of Server


(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.