1  Roderick A. McLeod (State Bar No. 104694)
   JONES DAY
2  555 California Street, 26th FL
   San Francisco, CA  94104
3  Telephone:  415-626-3939
   Facsimile:  415-875-5700
4  rmcleod@jonesday.com

5  Attorneys for Defendant
   NATIONAL CITY BANK

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 Chau Papatheodorou,                    | **Case No. C-08-01905 RS**

12              Plaintiff,                 | **STIPULATION AND ORDER TO
                                          | EXTEND TIME TO RESPOND**
13       v.

14 ROGER CLARK, an individual; CRM
   INVESTORS CORPORATION, a Michigan
15 corporation, FORTRESS GROUP USA, LLC,
   a Michigan limited liability company;
16 NATIONAL CITY BANK, an Ohio
   corporation, and DOES 1 through 50,
17 inclusive,

18              Defendants.

19

20       Plaintiff Chau Papatheodorou and defendant National City Bank, by and through their

21 respective counsel, have stipulated to a 30 day extension of time for defendant National City

22 Bank to respond to plaintiff's Complaint.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1    Pursuant to Local Rule 6-1, the undersigned hereby stipulate that defendant National City

2   Bank has a 30 day extension until June 4, 2008 to respond to the Complaint in this matter.

3

4   **SO STIPULATED.**

5

   Dated: April 29, 2008                              Jones Day
6

7                                                      By:    /S/ Roderick A. McLeod
                                                            Roderick A. McLeod
8
                                                      Attorneys for Defendant
9                                                      NATIONAL CITY BANK

10
   Dated: April __, 2008                              Berliner Cohen
11

12                                                     By: _____
                                                            Kara L. Erdodi
13
                                                      Attorneys for Plaintiff
14                                                     CHAU PAPATHEODOROU

15

16

17  **IT IS SO ORDERED.**

18

19
   Date: _____
20                                                     _____
                                                       The Honorable Richard Seeborg
21                                                     United States Magistrate Judge

22

23

24

25

26

27

28
   SFI-582768v1