1  Roderick A. McLeod (State Bar No. 104694)
   JONES DAY
2  555 California Street, 26th FL
   San Francisco, CA  94104
3  Telephone:  415-626-3939
   Facsimile:  415-875-5700
4  rmcleod@jonesday.com

5  Attorneys for Defendant
   NATIONAL CITY BANK

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  Chau Papatheodorou, | **Case No. C-08-01905 RS** |
| 12          Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND** |
| 13     v. | |
| 14  ROGER CLARK, an individual; CRM INVESTORS CORPORATION, a Michigan corporation, FORTRESS GROUP USA, LLC, a Michigan limited liability company; NATIONAL CITY BANK, an Ohio corporation, and DOES 1 through 50, inclusive, | |
| 18          Defendants. | |

20      Plaintiff Chau Papatheodorou and defendant National City Bank, by and through their

21  respective counsel, have stipulated to a 30 day extension of time for defendant National City

22  Bank to respond to plaintiff's Complaint.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Case No. C-08-01905 RS        1        STIPULATION AND ORDER TO EXTEND
                                        TIME TO RESPOND

Pursuant to Local Rule 6-1, the undersigned hereby stipulate that defendant National City Bank has a 30 day extension until June 4, 2008 to respond to the Complaint in this matter.

**SO STIPULATED.**

Dated: April 29, 2008                           Jones Day

                                                By:     /S/ Roderick A. McLeod
                                                        Roderick A. McLeod

                                                Attorneys for Defendant
                                                NATIONAL CITY BANK

Dated: April 29, 2008                           Berliner Cohen

                                                By:    /S/ Kara L. Erdodi
                                                       Kara L. Erdodi

                                                Attorneys for Plaintiff
                                                CHAU PAPATHEODOROU

<u>SIGNATURE ATTESTATION</u>

I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a "conformed" signature (/S/) within this efiled document.

Dated: April 29, 2008                           JONES DAY

                                                By: /S/ Roderick A. McLeod
                                                    Attorneys for Defendant
                                                    NATIONAL CITY BANK

**IT IS SO ORDERED.**

Date: _____                         _____
                                                The Honorable Richard Seeborg
                                                United States Magistrate Judge

SFI-582768v1

Case No. C-08-01905 RS                    2        STIPULATION AND ORDER TO EXTEND
                                                   TIME TO RESPOND