Richard D. Marca, State Bar #127365
Jamie E. Wrage, State Bar #188982
**GRESHAM SAVAGE NOLAN & TILDEN,**
**A Professional Corporation**
3750 University Avenue, Suite 250
Riverside, CA 92501
Telephone: (951) 684-2171
Facsimile: (951) 684-2150
Richard.Marca@greshamsavage.com
Jamie.Wrage@greshamsavage.com

Attorneys for Defendants,
ROGER CLARK, an individual; CRM INVESTORS CORPORATION, a Michigan corporation and FORTRESS GROUP USA, LLC, a Michigan limited liability company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAU PAPATHEODOROU, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>ROGER CLARK, an individual; CRM INVESTORS CORPORATION, a Michigan corporation; FORTRESS GROUP USA, LLC, a Michigan limited liability company; NATIONAL CITY BANK, an Ohio corporation, and DOES 1 through 50, inclusive,<br><br>  Defendants. | CASE NO. C08 01905 RS<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR RESPOND FOR DEFENDANTS ROGER CLARK, CRM INVESTORS CORPORATION, AND FORTRESS GROUP USA, LLC** |

/ / /

/ / /

/ / /

/ / /

STIPULATION FOR EXTENSION OF TIME TO RESPOND

Gresham Savage Nolan & Tilden, A Professional Corporation
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

1  TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF
2  RECORD:

3      In accordance with Local Rule 6-1, Plaintiff Chau Papatheodorou and
4  Defendants Roger Clark, CRM Investors Corporation and Fortress Group USA,
5  LLC hereby stipulate and agree to an extension of time for Defendants Roger
6  Clark, CRM Investors Corporation, and Fortress Group USA, LLC, to answer or
7  otherwise respond to the Complaint for Damages up to and including May 15,
8  2008. Such extension will not alter the date of any event or any deadline already
9  fixed by Court order.

10  **SO STIPULATED.**

12  Dated: May 2, 2008      BERLINER COHEN

14       By: _____ /S/ Kara L. Erdodi
         Kara L. Erdodi
15           Attorneys for Plaintiff,
         CHAU PAPATHEODOROU

16  Dated: May 2, 2008      GRESHAM SAVAGE NOLAN &
17           TILDEN,
         A Professional Corporation

19       By: _____ /S/ Jamie E. Wrage
         Jamie E. Wrage
20           Attorneys for Defendants,
         ROGER CLARK, CRM INVESTORS
21           CORPORATION, and FORTRESS
         GROUP USA, LLC

23  SIGNATURE ATTESTATION

24      I hereby attest that the content of this document is acceptable to all persons
25  whose signatures are indicated by a "conformed" signature (/S/) within this efiled
26  document.

27  Dated: May 2, 2008      By: _____ /S/ Jamie E. Wrage
         Jamie E. Wrage
28           Attorneys for Defendants

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

- 1 -

STIPULATION FOR EXTENSION OF TIME TO RESPOND

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

I am employed in the County of Riverside, State of California. I am over the age of 18 years and not a party to the within action; my business address is: 3750 University Avenue, Suite 250, Riverside, CA 92501-3335. On May 2, 2008, I served copies of the within documents described as **STIPULATION FOR EXTENSION OF TIME TO ANSWER OR RESPOND FOR DEFENDANTS ROGER CLARK, CRM INVESTORS CORPORATION, AND FORTRESS GROUP USA, LLC** on the interested parties in this action in a sealed envelope addressed as follows:

## SEE ATTACHED SERVICE LIST

[X] **BY MAIL** - I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on the same day in the ordinary course of business, with postage thereon fully prepaid at Riverside, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE** - I caused such envelope to be delivered by hand to the offices of the addressee pursuant to C.C.P. § 1011.

[ ] **BY EXPRESS MAIL/OVERNIGHT DELIVERY** - I caused such envelope to be delivered by hand to the office of the addressee via overnight delivery pursuant to C.C.P. § 1013(c), with delivery fees fully prepaid or provided for.

[ ] **BY FACSIMILE** - I caused such document to be delivered to the office of the addressee via facsimile machine pursuant to C.C.P. § 1013(e). Said document was transmitted to the facsimile number of the office of the addressee from the office of Gresham Savage Nolan & Tilden, in Riverside, California, on the date set forth above. The facsimile machine I used complied with California Rules *of Court*, Rule 2003(3) and no error was reported by the machine. Pursuant to California *Rules of Court*, Rule 2009(i), I caused the machine to print a record of the transmittal, a copy of which is attached to this declaration.

[ ] **FEDERAL** - I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 2, 2008, at Riverside, California.

HEATHER J. BUHR

GRESHAM SAVAGE NOLAN & TILDEN, A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

- 2 -

STIPULATION FOR EXTENSION OF TIME TO RESPOND

# SERVICE LIST

| | |
|---|---|
| Frank R. Ubhaus, Esq.<br>Kara L. Erdodi, Esq.<br>BERLINER COHEN<br>Ten Almaden Boulevard<br>Eleventh Floor<br>San Jose, CA 95113-2233<br>(408) 286-5800/Telephone<br>(408) 998-5388/Facsimile | ***Attorneys for Plaintiff,***<br>***Chau Papatheodorou*** |
| Roderick A. McLeod, Esq.<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>(415) 626-3939/Telephone<br>(415) 875-5700/Facsimile | ***Attorneys for Defendant,***<br>***National City Bank*** |

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

- 3 -

STIPULATION FOR EXTENSION OF TIME TO RESPOND