1  Richard D. Marca, State Bar #127365
2  Jamie E. Wrage, State Bar #188982
   **GRESHAM SAVAGE NOLAN & TILDEN,**
3  **A Professional Corporation**
   3750 University Avenue, Suite 250
4  Riverside, CA  92501
   Telephone:  (951) 684-2171
5  Facsimile:  (951) 684-2150
6  Richard.Marca@greshamsavage.com
   Jamie.Wrage@greshamsavage.com
7
   Attorneys for Defendants,
8  ROGER CLARK, an individual; CRM
   INVESTORS CORPORATION, a Michigan
9  corporation and FORTRESS GROUP USA,
   LLC, a Michigan limited liability company
10

11

                   **UNITED STATES DISTRICT COURT**
12
                 **NORTHERN DISTRICT OF CALIFORNIA**
13

14

15  CHAU PAPATHEODOROU, an            ) CASE NO. C08 01905 RS
    individual,                       )
16                                    )
                                      )
17      Plaintiff,                    ) **STIPULATION FOR SECOND**
                                      ) **EXTENSION OF TIME TO**
18  vs.                               ) **ANSWER OR RESPOND FOR**
                                      ) **DEFENDANTS ROGER CLARK,**
19  ROGER CLARK, an individual; CRM ) **CRM INVESTORS**
    INVESTORS   CORPORATION,    a ) **CORPORATION, AND FORTRESS**
20  Michigan  corporation;  FORTRESS ) **GROUP USA, LLC**
    GROUP USA, LLC, a Michigan limited )
21  liability company; NATIONAL CITY )
    BANK, an Ohio corporation, and DOES )
22  1 through 50, inclusive,          )
                                      )
23      Defendants.                   )
    _____ )

24

25  / / /

26  / / /

27  / / /

28  / / /

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA  92501-3335
(951) 684-2171

STIPULATION FOR SECOND EXTENSION OF TIME TO RESPOND

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF

RECORD:

In accordance with Local Rule 6-1, Plaintiff Chau Papatheodorou and

Defendants Roger Clark, CRM Investors Corporation and Fortress Group USA,

LLC hereby stipulate and agree to an extension of time for Defendants Roger

Clark, CRM Investors Corporation, and Fortress Group USA, LLC, to answer or

otherwise respond to the Complaint for Damages up to and including May 26,

2008.  Such extension will not alter the date of any event or any deadline already

fixed by Court order.

**SO STIPULATED.**


Dated:  May 13, 2008                    BERLINER COHEN


                                        By: _____ /S/ Kara L. Erdodi
                                            Kara L. Erdodi
                                            Attorneys for Plaintiff,
                                            CHAU PAPATHEODOROU

Dated:  May 13, 2008                    GRESHAM SAVAGE NOLAN &
                                        TILDEN,
                                        A Professional Corporation


                                        By:_____
                                            Jamie E. Wrage
                                            Attorneys for Defendants,
                                            ROGER CLARK, CRM INVESTORS
                                            CORPORATION, and FORTRESS
                                            GROUP USA, LLC

SIGNATURE ATTESTATION

I hereby attest that the content of this document is acceptable to all persons

whose signatures are indicated by a "conformed" signature (/S/) within this efiled

document.

Dated:  May 13, 2008                    By:_____
                                            Jamie E. Wrage
                                            Attorneys for Defendants

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA  92501-3335
(951) 684-2171

- 1 -

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF RIVERSIDE**

I am employed in the County of Riverside, State of California. I am over the age of 18 years and not a party to the within action; my business address is: 3750 University Avenue, Suite 250, Riverside, CA 92501-3335. On May 13, 2008, I served copies of the within documents described as **STIPULATION FOR EXTENSION OF TIME TO ANSWER OR RESPOND FOR DEFENDANTS ROGER CLARK, CRM INVESTORS CORPORATION, AND FORTRESS GROUP USA, LLC** on the interested parties in this action in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X] **BY MAIL** - I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on the same day in the ordinary course of business, with postage thereon fully prepaid at Riverside, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE** - I caused such envelope to be delivered by hand to the offices of the addressee pursuant to C.C.P. § 1011.

[ ] **BY EXPRESS MAIL/OVERNIGHT DELIVERY** - I caused such envelope to be delivered by hand to the office of the addressee via overnight delivery pursuant to C.C.P. § 1013(c), with delivery fees fully prepaid or provided for.

[ ] **BY FACSIMILE** - I caused such document to be delivered to the office of the addressee via facsimile machine pursuant to C.C.P. § 1013(e). Said document was transmitted to the facsimile number of the office of the addressee from the office of Gresham Savage Nolan & Tilden, in Riverside, California, on the date set forth above. The facsimile machine I used complied with California Rules *of Court*, Rule 2003(3) and no error was reported by the machine. Pursuant to California *Rules of Court*, Rule 2009(i), I caused the machine to print a record of the transmittal, a copy of which is attached to this declaration.

[ ] **FEDERAL** - I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 13, 2008, at Riverside, California.

HEATHER J. BUHR

GRESHAM SAVAGE NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

- 2 -

STIPULATION FOR SECOND EXTENSION OF TIME TO RESPOND

**SERVICE LIST**

Frank R. Ubhaus, Esq.
Kara L. Erdodi, Esq.
BERLINER COHEN
Ten Almaden Boulevard
Eleventh Floor
San Jose, CA 95113-2233
(408) 286-5800/Telephone
(408) 998-5388/Facsimile

*Attorneys for Plaintiff,*
*Chau Papatheodorou*

Roderick A. McLeod, Esq.
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
(415) 626-3939/Telephone
(415) 875-5700/Facsimile

*Attorneys for Defendant,*
*National City Bank*

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

STIPULATION FOR SECOND EXTENSION OF TIME TO RESPOND