UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAU PAPATHEODOROU, | No. C 08-01905 RS |
| Plainitff(s), | NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| v. | |
| ROGER CLARK, ET AL., | |
| Defendant(s). | |
| _____/ | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for August 6, 2008, before the Honorable Magistrate Judge Richard Seeborg, has been continued to **September 8, 2008, at 10:00 a.m., before the Honorable Judge James Ware.** Parties are to appear in Courtroom 8, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a joint case management statement by August 30, 2008.

If the above-entitled matter settles, counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, to take this matter off calendar.

Dated: May 15, 2008

Richard W. Wieking, Clerk
United States District Court

By: Snooki Puli
Deputy Clerk

cc: Intake