Jamie E. Wrage, State Bar #188982
**GRESHAM SAVAGE NOLAN & TILDEN,**
**A Professional Corporation**
3750 University Avenue, Suite 250
Riverside, CA 92501
Telephone: (951) 684-2171
Facsimile: (951) 684-2150

Attorney for Defendants,
ROGER CLARK, an individual; CRM INVESTORS CORPORATION, a Michigan corporation and FORTRESS GROUP USA, LLC, a Michigan limited liability company

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAU PAPATHEODOROU, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>ROGER CLARK, an individual; CRM INVESTORS CORPORATION, a Michigan corporation, FORTRESS GROUP USA, LLC, a Michigan limited liability company; NATIONAL CITY BANK, an Ohio corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C08-01905 JW<br><br>ASSIGNED FOR ALL PURPOSES To The Honorable James Ware<br><br>Courtroom 8<br><br>**DECLARATION OF ROGER CLARK IN SUPPORT OF DEFENDANTS ROGER CLARK, CRM INVESTORS CORPORATION AND FORTRESS GROUP USA, LLC'S MOTION TO TRANSFER OR DISMISS FOR IMPROPER VENUE UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(3) AND 28 USC § 1406(a); OR IN THE ALTERNATIVE TO TRANSFER PURSUANT TO 28 USC § 1404(a)**<br><br>Date: September 15, 2008<br>Time: 9:00 am<br><br>*[Filed concurrently with Defendants Roger Clark, CRM Investors Corporation and Fortress Group USA, LLC's Motion to Transfer or Dismiss.]* |

- 1 -

DECLARATION OF ROGER CLARK IN SUPPORT OF DEFENDANTS ROGER CLARK, CRM INVESTORS CORPORATION AND FORTRESS GROUP USA, LLC'S MOTION TO TRANSFER OR DISMISS

272235.1

I, Roger Clark, declare:

1. I am Vice President of Defendant CRM Investors Corporation ("CRM"); I am the Managing Member of Defendant Fortress Group USA, LLC ("Fortress"); and I am a Defendant in the instant action. I have personal knowledge of the facts stated in this declaration.

2. CRM is a corporation organized under the laws of the State of Michigan with its principal place of business in Grand Rapids, Michigan. CRM is not incorporated in California; nor is it qualified to do business in California. CRM has no subsidiary incorporated or qualified to do business in California.

3. Fortress is a limited liability company organized under the laws of the State of Michigan with its principal place of business in Grand Rapids, Michigan. Fortress is not qualified to do business in California and has no subsidiary incorporated or qualified to do business in California.

4. The Participation Agreement between Fortress and Chau Papatheodorou ("Papatheodorou") was drafted by Fortress in Grand Rapids, Michigan, and executed there by me on behalf of Fortress. Fortress was to administer the T-Bill Program under the Participation Agreement in Michigan.

5. I had telephone conversations with Papatheodorou relating to the Participation Agreement and related U.S. Treasury Bill Program ("T-Bill Program"), and I was present in Michigan during all of those conversations. I also met Papatheodorou once in person, which took place in Michigan.

6. During the negotiations relating to the terms of the Participation Agreement, Papatheodorou utilized an advisor/broker, Vernon Maes aka Les Maes ("Maes"), who negotiated the terms of the Participation Agreement on her behalf.

7. While Fortress agreed to change some terms of the Participation Agreement at Papatheodorou's request and at the request of Maes, they did not ask Fortress to change the mandatory Michigan forum-selection clause in Paragraph 7.

- 2 -

GRESHAM SAVAGE NOLAN & TILDEN, A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

DECLARATION OF ROGER CLARK IN SUPPORT OF DEFENDANTS ROGER CLARK, CRM INVESTORS CORPORATION AND FORTRESS GROUP USA, LLC'S MOTION TO TRANSFER OR DISMISS
272235.1

8. While I do not know Maes' place of residence, he received payments as a broker to this transaction in San Antonio, Texas. He maintains a San Antonio, Texas, a telephone number with the area code 210, and it was at that number that I spoke with him on several occasions.

9. The escrow holder for the T-Bill Program was National City Bank, located in Cleveland, Ohio. All of my contacts with National City Bank relating to this transaction were with the bank's office in Cleveland, Ohio, from Fortress's office in Grand Rapids, Michigan. The written Escrow Agreement between National City Bank and Fortress contains a forum-selection clause for Cuyahoga County, Ohio.

10. Fortress, CRM and I prefer transfer to the Western District of Michigan, rather than dismissal, unless the Court finds the remedy of dismissal more appropriate under the circumstances.

11. Any witnesses that are employees of Fortress or CRM are located in the Grand Rapids, Michigan area.

12. I reside in Wyoming, Michigan, which is near Grand Rapids.

13. It would be burdensome and inconvenient for me and any employee-witnesses from Fortress or CRM to attend trial in California because of the expense of travel and time away from work and other pursuits.

I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Dated: May 22, 2008

_____
Roger Clark

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

- 3 -

DECLARATION OF ROGER CLARK IN SUPPORT OF DEFENDANTS ROGER CLARK, CRM INVESTORS CORPORATION AND FORTRESS GROUP USA, LLC'S MOTION TO TRANSFER OR DISMISS

272235.1

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

I am employed in the County of Riverside, State of California. I am over the age of 18 years and not a party to the within action; my business address is: 3750 University Avenue, Suite 250, Riverside, CA 92501-3335. On May 22, 2008, I served copies of the within documents described as **DECLARATION OF ROGER CLARK IN SUPPORT OF DEFENDANTS ROGER CLARK, CRM INVESTORS CORPORATION AND FORTRESS GROUP USA, LLC'S MOTION TO TRANSFER OR DISMISS FOR IMPROPER VENUE UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(3); OR IN THE ALTERNATIVE TO TRANSFER OR DISMISS PURSUANT TO 28 USC 1406(a); OR IN THE ALTERNATIVE TO TRANSFER PURSUANT TO 28 USC 1404(a)** on the interested parties in this action in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

[X] **BY MAIL** - I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on the same day in the ordinary course of business, with postage thereon fully prepaid at Riverside, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE** - I caused such envelope to be delivered by hand to the offices of the addressee pursuant to C.C.P. § 1011.

[ ] **BY EXPRESS MAIL/OVERNIGHT DELIVERY** - I caused such envelope to be delivered by hand to the office of the addressee via overnight delivery pursuant to C.C.P. § 1013(c), with delivery fees fully prepaid or provided for.

[ ] **BY FACSIMILE** - I caused such document to be delivered to the office of the addressee via facsimile machine pursuant to C.C.P. § 1013(e). Said document was transmitted to the facsimile number of the office of the addressee from the office of Gresham Savage Nolan & Tilden, in Riverside, California, on the date set forth above. The facsimile machine I used complied with California Rules *of Court*, Rule 2003(3) and no error was reported by the machine. Pursuant to California *Rules of Court*, Rule 2009(i), I caused the machine to print a record of the transmittal, a copy of which is attached to this declaration.

[ ] **FEDERAL** - I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 22, 2008, at Riverside, California.

SUMMER DEVORE

- 1 -

GRESHAM SAVAGE NOLAN & TILDEN, A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

272235.1

PROOF OF SERVICE

## SERVICE LIST

| | |
|---|---|
| Frank R. Ubhaus, Esq.<br>Kara L. Erdodi, Esq.<br>BERLINER COHEN<br>Ten Almaden Boulevard<br>Eleventh Floor<br>San Jose, CA 95113-2233<br>(408) 286-5800/Telephone<br>(408) 998-5388/Facsimile | *Attorneys for Plaintiff,*<br>*Chau Papatheodorou* |
| Roderick A. McLeod, Esq.<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>(415) 626-3939/Telephone<br>(415) 875-5700/Facsimile | *Attorneys for Defendant,*<br>*National City Bank* |

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

272235.1