Roderick A. McLeod (State Bar No. 104694)
JONES DAY
555 California Street, 26th FL
San Francisco, CA 94104
Telephone: 415-626-3939
Facsimile: 415-875-5700
rmcleod@jonesday.com

Attorneys for Defendant
NATIONAL CITY BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chau Papatheodorou,<br><br>        Plaintiff,<br><br>    v.<br><br>ROGER CLARK, an individual; CRM INVESTORS CORPORATION, a Michigan corporation, FORTRESS GROUP USA, LLC, a Michigan limited liability company; NATIONAL CITY BANK, an Ohio corporation, and DOES 1 through 50, inclusive,<br><br>        Defendants. | **Case No. C-08-01905 JW**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND** |

Plaintiff Chau Papatheodorou and defendant National City Bank, by and through their respective counsel, have stipulated to a further extension of time for defendant National City Bank to respond to plaintiff's Complaint.

///

///

///

///

///

///

---

Case No. C-08-01905 JW      1      STIPULATION AND ORDER TO EXTEND TIME TO RESPOND

1  Pursuant to Local Rule 6-1, the undersigned hereby stipulate that defendant National City
2  Bank has an extension until July 7, 2008 to respond to the Complaint in this matter.

**SO STIPULATED.**

Dated: May 29, 2008

Jones Day

By: /S/ Roderick A. McLeod
　　　　Roderick A. McLeod

Attorneys for Defendant
NATIONAL CITY BANK

Dated: May 30, 2008

Berliner Cohen

By: [signature]
　　　Kara L. Erdodi

Attorneys for Plaintiff
CHAU PAPATHEODOROU

**IT IS SO ORDERED.**

Date: _____

　　　　　　　　　　　　　　　　　　　The Honorable James Ware
　　　　　　　　　　　　　　　　　　　United States District Court Judge