1  Roderick A. McLeod (State Bar No. 104694)
   JONES DAY
2  555 California Street, 26th FL
   San Francisco, CA  94104
3  Telephone:  415-626-3939
   Facsimile:  415-875-5700
4  rmcleod@jonesday.com

5  Attorneys for Defendant
   NATIONAL CITY BANK

**GRANTED**
/s/ James Ware
Judge James Ware
6/9/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chau Papatheodorou,<br><br>                    Plaintiff,<br><br>     v.<br><br>ROGER CLARK, an individual; CRM INVESTORS CORPORATION, a Michigan corporation, FORTRESS GROUP USA, LLC, a Michigan limited liability company; NATIONAL CITY BANK, an Ohio corporation, and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No. C-08-01905 JW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND** |

Plaintiff Chau Papatheodorou and defendant National City Bank, by and through their respective counsel, have stipulated to a further extension of time for defendant National City Bank to respond to plaintiff's Complaint.

///
///
///
///
///
///

Case No. C-08-01905 JW                    1                    STIPULATION AND ORDER TO EXTEND
                                                                                                  TIME TO RESPOND

1  Pursuant to Local Rule 6-1, the undersigned hereby stipulate that defendant National City
2  Bank has an extension until July 7, 2008 to respond to the Complaint in this matter.

**SO STIPULATED.**

Dated: May 29, 2008

Jones Day

By:  /S/ Roderick A. McLeod
     Roderick A. McLeod

Attorneys for Defendant
NATIONAL CITY BANK

Dated: May 30, 2008

Berliner Cohen

By: _____
    Kara L. Erdodi

Attorneys for Plaintiff
CHAU PAPATHEODOROU

**IT IS SO ORDERED.**

Date: June 9, 2008

_____
The Honorable James Ware
United States District Court Judge