1  Roderick A. McLeod (State Bar No. 104694)
   Peter E. Davids (State Bar No. 229339)
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104-1500
   rmcleod@jonesday.com
4  pdavids@jonesday.com
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant
   NATIONAL CITY BANK
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  CHAU PAPATHEODOROU, an individual,        Case No. C 08-01905 JW

13                 Plaintiff,                 DECLARATION OF JOSEPH C.
                                              PENKO IN SUPPORT OF
14        v.                                  DEFENDANT NATIONAL CITY
                                              BANK'S MOTION TO TRANSFER OR
15  ROGER CLARK, an individual; CRM           DISMISS FOR IMPROPER VENUE;
    INVESTORS CORPORATION, a Michigan         AND TO DISMISS PURSUANT TO
16  corporation; FORTRESS GROUP USA,          FRCP 12(b)(6)
    LLC, a Michigan limited liability company;
17  NATIONAL CITY BANK, an Ohio              Date:       September 15, 2008
    corporation, and DOES 1 through 50,       Time:       9:00 a.m.
18  inclusive,                                Dept.:      Courtroom 8
                                              Judge:      Hon. James Ware
19                 Defendants.

20

21

22

23

24

25

26

27

28

SFI-586400v1                                 Declaration of Joseph C. Penko
                                             Case No. C 08-01905 JW

1

## DECLARATION OF JOSEPH C. PENKO

2    I, Joseph C. Penko, declare under penalty of perjury as follows:

3    1.    I am an employee of National City Bank, a defendant in this action. I have

4    personal knowledge of the facts set forth below and, if called and sworn as a witness, I could and

5    would testify competently to them.

6    2.    This declaration is submitted in support of National City Bank's "Motion to

7    Transfer or Dismiss for Improper Venue; and to Dismiss Pursuant to FRCP 12(b)(6)."

8    3.    I have worked at National City Bank since 1982, and my current title is Senior

9    Vice President, Allegiant Administration. Allegiant Institutional Services is a business unit of

10   National City Bank. I have held this position since 2000. As part of my responsibilities in this

11   position, I supervise staff who review escrow agreements.

12   4.    I am an attorney licensed to practice law in the State of Ohio. Were this action to

13   proceed to trial, National City Bank would at this time likely call the following witnesses to

14   testify:

15   (a)    Dawn DeWerth is a current employee of National City Bank. She resides

16   in the Cleveland, Ohio area. Ms. DeWerth would testify about her interchanges with Defendant

17   Roger Clark, her negotiation of the "Escrow Agreement" with Clark, the administration of the

18   account in which Defendant Fortress Group USA, LLC held client funds pending instructions

19   from Clark, and her receipt of communications from Plaintiff in January 2008.

20   (b)    Angelica Weaver is a current employee of National City Bank. She resides

21   in the Cleveland, Ohio area. Ms. Weaver helped administer the Fortress account from October

22   2007 until January 2008, during which time Ms. DeWerth was on maternity leave.

23   (c)    Gary Cantrell is a current employee of National City Bank. He resides in

24   the Cleveland, Ohio area. Mr. Cantrell supervised Ms. DeWerth from April 2006 to April 2007

25   and would testify about his involvement in the administration of the Fortress account.

26   (d)    Myra Vito is a current employee of National City Bank. She resides in the

27   Cleveland, Ohio area. Ms. Vito is Ms. DeWerth's current supervisor and would testify about her

28   involvement in the administration of the Fortress account.

SFI-586400v1

- 1 -

Declaration of Joseph C. Penko
Case No. C 08-01905 JW

1           (e)    <u>Joann Billie</u> is a current employee of National City Bank.  She resides in

2    the Cleveland, Ohio area.  Ms. Billie would testify about her communications with Clark during

3    2007.

4           (f)    <u>Janice Henderson</u> is a current employee of National City Bank.  She resides

5    in the Cleveland, Ohio area.  Ms. Henderson works in National City Bank's institutional trust

6    group's legal administration and compliance department, and would testify about actions National

7    City Bank took after it received communications from Plaintiff in January 2008.

8           (g)    <u>Jacqueline Hummel</u> is a current employee of National City Bank.  She

9    resides in the Cleveland, Ohio area.  As Chief Compliance Officer for the institutional trust

10   group, Ms. Hummel would testify about actions National City Bank has taken to protect funds

11   remaining in the Fortress account.

12          (h)    I reside in the Cleveland, Ohio area.  As senior manager of the institutional

13   trust administration group, I would testify about actions National City Bank took after it received

14   communications from Plaintiff in January 2008.

15         I declare under penalty of perjury under the laws of the United States of America that the

16   foregoing is true and correct of my personal knowledge.

17         Executed on July __2__, 2008, at Cleveland, Ohio.

18

19                                       Joseph C. Penko

20

21

22

23

24

25

26

27

28