1  Roderick A. McLeod (State Bar No. 104694)
   Peter E. Davids (State Bar No. 229339)
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104-1500
   rmcleod@jonesday.com
4  pdavids@jonesday.com
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant
   NATIONAL CITY BANK
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12  CHAU PAPATHEODOROU, an individual,   Case No. C 08-01905 JW

13                Plaintiff,              [PROPOSED] ORDER GRANTING
                                          DEFENDANT NATIONAL CITY
14         v.                             BANK'S MOTION TO TRANSFER
                                          VENUE AND TO DISMISS THE
15  ROGER CLARK, an individual; CRM       THIRD AND FOURTH CAUSES OF
    INVESTORS CORPORATION, a Michigan     ACTION
16  corporation; FORTRESS GROUP USA,
    LLC, a Michigan limited liability company;
17  NATIONAL CITY BANK, an Ohio
    corporation, and DOES 1 through 50,
18  inclusive,

19                Defendants.

20

21

22

23

24

25

26

27

28

1   The motion of defendant National City Bank to dismiss or transfer this action to the
2   Northern District of Ohio, and to dismiss the Third and Fourth Causes of Action for failure to
3   state a claim upon which relief can be granted, came on for hearing before this Court on
4   September 15, 2008.

5   Having considered the briefs and arguments of counsel, and the pleadings and papers on
6   file in this action, the Court GRANTS National City Bank's motion to transfer venue and
7   ORDERS the case transferred to the Northern District of Ohio. The Clerk is directed to transfer
8   this case forthwith.

9   The Court also GRANTS National City Bank's motion to dismiss for failure to state a
10  claim upon which relief can be granted and ORDERS that the Third and Fourth Causes of action
11  against National City Bank be dismissed.

13  Dated: _____.

                                        _____
15                                      JAMES WARE
16                                      United States District Judge

SFI-587100v1

[Proposed] Order Granting Mot. to Transfer
Case No. C 08-01905 JW

- 1 -