1 | Roderick A. McLeod (State Bar No. 104694)
2 | Peter E. Davids (State Bar No. 229339)
  | JONES DAY
3 | 555 California Street, 26th Floor
  | San Francisco, CA  94104-1500
4 | rmcleod@jonesday.com
  | pdavids@jonesday.com
5 | Telephone:    (415) 626-3939
  | Facsimile:    (415) 875-5700

6 | Attorneys for Defendant
  | NATIONAL CITY BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAU PAPATHEODOROU, an individual, | Case No. C 08-01905 JW |
| Plaintiff, | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| v. | (Civ. L.R. 3-16) |
| ROGER CLARK, an individual; CRM INVESTORS CORPORATION, a Michigan corporation; FORTRESS GROUP USA, LLC, a Michigan limited liability company; NATIONAL CITY BANK, an Ohio corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | |

SFI-587103v1

Certification of Interested Entities/Persons
Case No. C 08-01905 JW

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- National City Corporation, the parent corporation of National City Bank.

Respectfully submitted,

Dated: July 3, 2008

JONES DAY

By:   /S/ Roderick A. McLeod
       Roderick A. McLeod

Attorneys for Defendant
NATIONAL CITY BANK