Roderick A. McLeod (State Bar No. 104694)
Peter E. Davids (State Bar No. 229339)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104-1500
rmcleod@jonesday.com
pdavids@jonesday.com
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700

Attorneys for Defendant
NATIONAL CITY BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAU PAPATHEODOROU, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ROGER CLARK, an individual; CRM INVESTORS CORPORATION, a Michigan corporation; FORTRESS GROUP USA, LLC, a Michigan limited liability company; NATIONAL CITY BANK, an Ohio corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 08-01905 JW<br><br>CERTIFICATE OF SERVICE |

**PROOF OF SERVICE**

(CCP §§ 1013a, 2015.5)

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF SAN FRANCISCO  )

I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is: **555 California Street, 26th Floor, San Francisco, California 94104-1500.**

On **July 3, 2008**, I served the foregoing:

- **NOTICE OF MOTION AND MOTION BY DEFENDANT NATIONAL CITY BANK TO TRANSFER OR DISMISS FOR IMPROPER VENUE; AND TO DISMISS PURSUANT TO FRCP 12(B)(6); POINTS AND AUTHORITIES IN SUPPORT THEREOF**

- **DECLARATION OF JOSEPH C. PENKO IN SUPPORT OF DEFENDANT NATIONAL CITY BANK'S MOTION TO TRANSFER OR DISMISS FOR IMPROPER VENUE; AND TO DISMISS PURSUANT TO FRCP 12(B)(6)**

- **DECLARATION OF DAWN DEWERTH IN SUPPORT OF DEFENDANT NATIONAL CITY BANK'S MOTION TO TRANSFER OR DISMISS FOR IMPROPER VENUE; AND TO DISMISS PURSUANT TO FRCP 12(B)(6)**

- **[PROPOSED] ORDER GRANTING DEFENDANT NATIONAL CITY BANK'S MOTION TO TRANSFER VENUE AND TO DISMISS THE THIRD AND FOURTH CAUSES OF ACTION**

- **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Richard David Marca
Gresham Savage Nolan & Tilden APC
A Professional Corporation
3750 University Ave., Ste 250
Riverside, CA 92501

[X] BY MAIL: I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary

course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FEDERAL EXPRESS:** I placed such envelope for deposit in the Federal Express drop slot for service by Federal Express. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with Federal Express on that same day at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if service is more than one day after date of deposit for express service in affidavit.

[ ] **BY PERSONAL SERVICE:** I caused such envelope to be hand delivered to the office of the addressee on the date specified above.

[ ] **VIA FACSIMILE:** I caused such document(s) to be transmitted from facsimile number (415) 875-5700 to the facsimile machine(s) of the above-listed party(ies) on the date specified above. The transmission(s) was/were reported as complete and without error. The party(ies) has/have agreed in writing to service of the document(s) listed above by facsimile.

[ ] **STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] **FEDERAL** I declare that I am employed within the office of a member of the bar of this Court at whose direction the service was made.

Executed on **July 3, 2008,** at San Francisco, California.

_____
Pamela Walter