1   Roderick A. McLeod (State Bar No. 104694)
    Peter E. Davids (State Bar No. 229339)
2   JONES DAY
    555 California Street, 26th Floor
3   San Francisco, CA  94104-1500
    rmcleod@jonesday.com
4   pdavids@jonesday.com
    Telephone:    (415) 626-3939
5   Facsimile:    (415) 875-5700

6   Attorneys for Defendant
    NATIONAL CITY BANK

7

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12   CHAU PAPATHEODOROU, an individual,    Case No. C 08-01905 JW

13            Plaintiff,

14        v.                    ADR CERTIFICATION BY PARTIES
                             AND COUNSEL
15   ROGER CLARK, an individual; CRM
    INVESTORS CORPORATION, a Michigan
    corporation; FORTRESS GROUP USA,
16   LLC, a Michigan limited liability company;
    NATIONAL CITY BANK, an Ohio
17   corporation, and DOES 1 through 50,
    inclusive,
18

19            Defendants.

20

21        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies

22   that he or she has:

23        (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District*

24   *of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed*

25   *copies are available from the clerk's office for parties in cases not subject to the court's*

26   *Electronic Case Filing program (ECF) under General Order 45)*;

27        (2) Discussed the available dispute resolution options provided by the Court and private

28   entities; and

1    (3) Considered whether this case might benefit from any of the available dispute

2  resolution options.

3

Dated: July 7, 2008                     /S/ Nailah K. Byrd

4                                          Nailah K. Byrd
                                           NATIONAL CITY CORPORATION
5

6

Dated: July 7, 2008                     /S/ Roderick A. McLeod

7                                          Roderick A. McLeod
                                           JONES DAY
8

9

10

11

12
                              SIGNATURE ATTESTATION
13
        I hereby attest that the content of this document is acceptable to all persons whose
14
  signatures are indicated by a "conformed" signature (/S/) within this efiled document.
15

16  Dated: July 7, 2008                    JONES DAY

17
                                           By: /S/ Roderick A. McLeod
18                                            Attorneys for Defendant
                                              NATIONAL CITY BANK
19

20

21

22

23

24

25

26

27

28

SFI-587324v1

ADR Certification by Parties and Counsel
C08 01905 JW