Richard D. Marca, State Bar #127365
Jamie E. Wrage, State Bar #188982
**GRESHAM SAVAGE NOLAN & TILDEN,**
**A Professional Corporation**
3750 University Avenue, Suite 250
Riverside, CA  92501
Richard.Marca@greshamsavage.com
Jamie.Wrage@greshamsavage.com
Telephone:  (951) 684-2171
Facsimile:  (951) 684-2150

Attorneys for Defendants,
ROGER CLARK, an individual; CRM
INVESTORS CORPORATION, a Michigan
corporation and FORTRESS GROUP USA,
LLC, a Michigan limited liability company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAU PAPATHEODOROU, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>ROGER CLARK, an individual; CRM INVESTORS CORPORATION, a Michigan corporation, FORTRESS GROUP USA, LLC, a Michigan limited liability company; NATIONAL CITY BANK, an Ohio corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C08-01905 JW<br><br>ASSIGNED FOR ALL PURPOSES To The Honorable James Ware<br><br>Courtroom 8<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

/ / /

/ / /

/ / /

/ / /

/ / /

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA  92501-3335
(951) 684-2171

287124.1    ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 11, 2008

By: _____/S/   Roger Clark_____
    Roger Clark

Dated: July 11, 2008   CRM INVESTORS CORPORATION

By: _____/S/   Roger Clark_____
    Roger Clark on behalf of CRM
    INVESTORS CORPORATION

Dated: July 11, 2008   FORTRESS GROUP USA, LLC

By: _____/S/   Roger Clark_____
    Roger Clark on behalf of FORTRESS
    GROUP USA, LLC

Dated: July 11, 2008   GRESHAM SAVAGE NOLAN & TILDEN,
                       A Professional Corporation

By: _____/S/   Jamie E. Wrage_____
    Jamie E. Wrage
    Attorneys for Defendants,
    ROGER CLARK, CRM INVESTORS
    CORPORATION and FORTRESS
    GROUP USA, LLC

GRESHAM SAVAGE NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

287124.1

- 1 -

ADR CERTIFICATION BY PARTIES AND COUNSEL

## SIGNATURE ATTESTATION

I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a "conformed" signature (/S/) within this efiled document.

Dated: July 11, 2008                    By:        /S/    Jamie E. Wrage
                                            Jamie E. Wrage
                                            Attorneys for Defendants

Gresham Savage
Nolan & Tilden,
A Professional Corporation
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

287124.1

- 2 -
ADR CERTIFICATION BY PARTIES AND COUNSEL

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

I am employed in the County of Riverside, State of California. I am over the age of 18 years and not a party to the within action; my business address is: 3750 University Avenue, Suite 250, Riverside, CA 92501-3335. On July 11, 2008, I served copies of the within documents described as **ADR CERTIFICATION BY PARTIES AND COUNSEL** on the interested parties in this action in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

[X] **BY MAIL** - I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on the same day in the ordinary course of business, with postage thereon fully prepaid at Riverside, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE** - I caused such envelope to be delivered by hand to the offices of the addressee pursuant to C.C.P. § 1011.

[ ] **BY EXPRESS MAIL/OVERNIGHT DELIVERY** - I caused such envelope to be delivered by hand to the office of the addressee via overnight delivery pursuant to C.C.P. § 1013(c), with delivery fees fully prepaid or provided for.

[ ] **BY FACSIMILE** - I caused such document to be delivered to the office of the addressee via facsimile machine pursuant to C.C.P. § 1013(e). Said document was transmitted to the facsimile number of the office of the addressee from the office of Gresham Savage Nolan & Tilden, in Riverside, California, on the date set forth above. The facsimile machine I used complied with California Rules *of Court*, Rule 2003(3) and no error was reported by the machine. Pursuant to California *Rules of Court*, Rule 2009(i), I caused the machine to print a record of the transmittal, a copy of which is attached to this declaration.

[ ] **FEDERAL** - I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 11, 2008, at Riverside, California.

HEATHER J. BUHR

Gresham Savage Nolan & Tilden, A Professional Corporation
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

287124.1

- 3 -
ADR CERTIFICATION BY PARTIES AND COUNSEL

# SERVICE LIST

| | |
|---|---|
| Frank R. Ubhaus, Esq.<br>Kara L. Erdodi, Esq.<br>BERLINER COHEN<br>Ten Almaden Boulevard<br>Eleventh Floor<br>San Jose, CA 95113-2233<br>(408) 286-5800/Telephone<br>(408) 998-5388/Facsimile | *Attorneys for Plaintiff,*<br>*Chau Papatheodorou* |
| Roderick A. McLeod, Esq.<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>(415) 626-3939/Telephone<br>(415) 875-5700/Facsimile | *Attorneys for Defendant,*<br>*National City Bank* |

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

287124.1

- 4 -
ADR CERTIFICATION BY PARTIES AND COUNSEL