1  FRANK R. UBHAUS, CA STATE BAR NO. 46085
   KARA L. ERDODI, CA STATE BAR NO. 221093
2  BERLINER COHEN
   TEN ALMADEN BOULEVARD
3  ELEVENTH FLOOR
   SAN JOSE, CALIFORNIA 95113-2233
4  TELEPHONE: (408) 286-5800
   FACSIMILE: (408) 998-5388
5  frank.ubhaus@berliner.com
   kara.erdodi@berliner.com
6
7  ATTORNEYS FOR PLAINTIFF
   CHAU PAPATHEODOROU

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | CHAU PAPATHEODOROU, an individual, | CASE NO. C 08-01905 JW |
|---|---|---|
| 12 | Plaintiff, | ASSIGNED FOR ALL PURPOSES to the Honorable James Ware |
| 13 | v. | Courtroom 8 |
| 14 | ROGER CLARK, an individual; CRM INVESTORS CORPORATION, a Michigan corporation; FORTRESS GROUP USA, LLC, a Michigan limited liability company; NATIONAL CITY BANK, an Ohio corporation, and DOES 1 through 50, inclusive, | **ADR CERTIFICATION** |
| 18 | Defendants. | |

19

20      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), the undersigned certifies that he or

21 she has:

22      (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District

23 of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed

24 copies are available from the clerk's office for parties in cases not subject to the court's

25 Electronic Case Filing program (ECF) under General Order 45);

26      (2) Discussed the available dispute resolution options provided by the Court and private

27 entities; and

28

1   (3) Considered whether this case might benefit from any of the available dispute
2   resolution options.
3   Dated: July 11, 2008                          _____/s/_____
4                                                  CHAU PAPATHEODOROU

6   DATED: JULY 11, 2008                           BERLINER COHEN

8                                                  BY:  _____/s/_____
                                                        FRANK R. UBHAUS
9                                                       KARA L. ERDODI
                                                        ATTORNEYS FOR PLAINTIFF CHAU
10                                                      PAPATHEODOROU

**SIGNATURE ATTESTATION**

I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a "conformed" signature (/S/) within this electronically-filed document.

Dated: July 11, 2008                              _____/s/_____
                                                              KARA L. ERDODI
                                                              Attorneys for Plaintiff