```
 1  FRANK R. UBHAUS, CA STATE BAR NO. 46085
    KARA L. ERDODI, CA STATE BAR NO. 221093
 2  BERLINER COHEN
    TEN ALMADEN BOULEVARD
 3  ELEVENTH FLOOR
    SAN JOSE, CALIFORNIA 95113-2233
 4  TELEPHONE: (408) 286-5800
    FACSIMILE: (408) 998-5388
 5  frank.ubhaus@berliner.com
    kara.erdodi@berliner.com
 6
 7  ATTORNEYS FOR PLAINTIFF
    CHAU PAPATHEODOROU
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAU PAPATHEODOROU, an individual, | CASE NO. C 08-01905 JW |
| Plaintiff, | ASSIGNED FOR ALL PURPOSES to the Honorable James Ware |
| v. | Courtroom 8 |
| ROGER CLARK, an individual; CRM INVESTORS CORPORATION, a Michigan corporation; FORTRESS GROUP USA, LLC, a Michigan limited liability company; NATIONAL CITY BANK, an Ohio corporation, and DOES 1 through 50, inclusive, | **STIPULATION AND ORDER REGARDING ADR AND SCHEDULING OF RULE 26(F) REQUIREMENTS AND CASE MANAGEMENT CONFERENCE** |
| Defendants. | |

Plaintiff Chau Papatheodorou and Defendants Roger Clark, CRM Investors Corporation, Fortress Group USA, LLC, and National City Bank, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the undersigned counsel for all parties in this action (Plaintiff and all Defendants) present this Stipulation for the Court's approval in order to make the current pre-trial schedule more efficient and in recognition that the ultimate venue of this action will not be determined until September 15, 2008;

WHEREAS, Defendants have brought separate motions to dismiss or transfer;

WHEREAS, both motions are scheduled for hearing on September 15, 2008;

CASE NO. C 08-01905 JW

-1-

ADR Certification

1   WHEREAS, the current pre-trial schedule calls for the parties' Rule 26(f) meet and 2 confer to be held by August 18, 2008, their Joint Case Management Conference Statement to be 3 filed by August 29, 2008, and their Initial Disclosures and Rule 26(f) Report to be completed and 4 filed by September 2, 2008;

5   WHEREAS, the first Case Management Conference is set for September 8, 2008;

6   WHEREAS, the parties did meet and confer telephonically on July 9, 2008 as to the ADR 7 mechanism to be used, and the parties have chosen the court-appointed mediation option;

8   WHEREAS, the parties are agreeable to having the mediation within sixty days of the 9 September 15 hearing, contingent on whether this action remains venued in this District; and

10   WHEREAS, the ultimate venue of this action is uncertain, and there exists a real 11 possibility that new and different counsel would be required should the action be transferred 12 from this District;

13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1   THE PARTIES HEREBY STIPULATE, subject to the Court's approval, that:

2       1.    The pre-trial case schedule prior to September 15, 2008 be vacated.

3       2.    The September 8, 2008 Case Management Schedule be continued.

4       3.    The ADR option chosen is mediation before a court-appointed mediator, the mediation to be held within sixty days of the Court's decision regarding venue.

Dated: July ___, 2008    **BERLINER COHEN**

By:_____
   Kara L. Erdodi
   Attorneys for Plaintiff
   CHAU PAPATHEODOROU

Dated: July ___, 2008    **GRESHAM SAVAGE NOLAN & TILDEN**

By:_____
   Jamie E. Wrage
   Attorneys for Defendants
   ROGER CLARK,
   CRM INVESTORS CORPORATION and
   FORTRESS GROUP USA, LLC

Dated: July ___, 2008    **JONES DAY**

By:_____
   Roderick A. McLeod
   Attorneys for Defendant
   NATIONAL CITY BANK

IT IS HEREBY ORDERED THAT:

    1.    The pre-trial case schedule prior to September 15, 2008 is vacated.

    2.    The September 8, 2008 Case Management Schedule is continued.

    3.    The ADR option chosen is mediation before a court-appointed mediator, the mediation to be held within sixty days of the Court's decision regarding venue.

IT IS SO ORDERED.

Dated: _____    _____
   Hon. James Ware
   United States District Court Judge