```
IT IS SO ORDERED
AS MODIFIED
Judge James Ware
```
7/28/2008

1  FRANK R. UBHAUS, CA STATE BAR NO. 46085
   KARA L. ERDODI, CA STATE BAR NO. 221093
2  BERLINER COHEN
   TEN ALMADEN BOULEVARD
3  ELEVENTH FLOOR
   SAN JOSE, CALIFORNIA 95113-2233
4  TELEPHONE: (408) 286-5800
   FACSIMILE: (408) 998-5388
5  frank.ubhaus@berliner.com
   kara.erdodi@berliner.com
6

7  ATTORNEYS FOR PLAINTIFF
   CHAU PAPATHEODOROU

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  CHAU PAPATHEODOROU, an individual,    CASE NO. C 08-01905 JW

12           Plaintiff,                    ASSIGNED FOR ALL PURPOSES to the
                                           Honorable James Ware
13       v.
                                           Courtroom 8
14  ROGER CLARK, an individual; CRM
    INVESTORS CORPORATION, a Michigan      **STIPULATION AND ORDER
15  corporation; FORTRESS GROUP USA, LLC,  REGARDING ADR AND SCHEDULING
    a Michigan limited liability company;  OF RULE 26(F) REQUIREMENTS AND
16  NATIONAL CITY BANK, an Ohio            CASE MANAGEMENT CONFERENCE**
    corporation, and DOES 1 through 50,
17  inclusive,

18           Defendants.

19

20       Plaintiff Chau Papatheodorou and Defendants Roger Clark, CRM Investors Corporation,

21  Fortress Group USA, LLC, and National City Bank, by and through their respective counsel of

22  record, hereby stipulate as follows:

23       WHEREAS, the undersigned counsel for all parties in this action (Plaintiff and all

24  Defendants) present this Stipulation for the Court's approval in order to make the current pre-

25  trial schedule more efficient and in recognition that the ultimate venue of this action will not be

26  determined until September 15, 2008;

27       WHEREAS, Defendants have brought separate motions to dismiss or transfer;

28       WHEREAS, both motions are scheduled for hearing on September 15, 2008;

1          WHEREAS, the current pre-trial schedule calls for the parties' Rule 26(f) meet and
2   confer to be held by August 18, 2008, their Joint Case Management Conference Statement to be
3   filed by August 29, 2008, and their Initial Disclosures and Rule 26(f) Report to be completed and
4   filed by September 2, 2008;

5          WHEREAS, the first Case Management Conference is set for September 8, 2008;

6          WHEREAS, the parties did meet and confer telephonically on July 9, 2008 as to the ADR
7   mechanism to be used, and the parties have chosen the court-appointed mediation option;

8          WHEREAS, the parties are agreeable to having the mediation within sixty days of the
9   September 15 hearing, contingent on whether this action remains venued in this District; and

10         WHEREAS, the ultimate venue of this action is uncertain, and there exists a real
11  possibility that new and different counsel would be required should the action be transferred
12  from this District;

13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1    THE PARTIES HEREBY STIPULATE, subject to the Court's approval, that:

2        1.    The pre-trial case schedule prior to September 15, 2008 be vacated.

3        2.    The September 8, 2008 Case Management Schedule be continued.

4        3.    The ADR option chosen is mediation before a court-appointed mediator, the mediation to be held within sixty days of the Court's decision regarding venue.

Dated: July ___, 2008             **BERLINER COHEN**

By:_____
   Kara L. Erdodi
   Attorneys for Plaintiff
   CHAU PAPATHEODOROU

Dated: July ___, 2008             **GRESHAM SAVAGE NOLAN & TILDEN**

By:_____
   Jamie E. Wrage
   Attorneys for Defendants
   ROGER CLARK,
   CRM INVESTORS CORPORATION and
   FORTRESS GROUP USA, LLC

Dated: July ___, 2008             **JONES DAY**

By:_____
   Roderick A. McLeod
   Attorneys for Defendant
   NATIONAL CITY BANK

IT IS HEREBY ORDERED THAT:

    1.   The pre-trial case schedule prior to September 15, 2008 is vacated.

    2.   The September 8, 2008 Case Management Schedule is **vacated and will be resceheduled, if necessary, in the Court's Order on the Motion to Transfer/Motion to Dismiss.**

    3.   The ADR option chosen is mediation before a court-appointed mediator, the mediation to be held within sixty days of the Court's decision regarding venue.

IT IS SO ORDERED.

Dated: July 28, 2008             _____
   Hon. James Ware
   United States District Court Judge