Richard D. Marca, State Bar #127365
Jamie E. Wrage, State Bar #188982
**GRESHAM SAVAGE NOLAN & TILDEN,**
A Professional Corporation
3750 University Avenue, Suite 250
Riverside, CA 92501
Telephone: (951) 684-2171
Facsimile: (951) 684-2150

Attorney for Defendants,
ROGER CLARK, an individual; CRM INVESTORS CORPORATION, a Michigan corporation and FORTRESS GROUP USA, LLC, a Michigan limited liability company

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAU PAPATHEODOROU, an individual;<br><br>　　Plaintiff,<br><br>vs.<br><br>ROGER CLARK, an individual; CRM INVESTORS CORPORATION, a Michigan corporation, FORTRESS GROUP USA, LLC, a Michigan limited liability company; NATIONAL CITY BANK, an Ohio corporation, and DOES 1 through 50, inclusive,<br><br>　　Defendants. | CASE NO. C08 01905 JW<br><br>ASSIGNED FOR ALL PURPOSES To The Honorable James Ware<br><br>Courtroom 8<br><br>**DEFENDANTS ROGER CLARK, CRM INVESTORS CORPORATION, AND FORTRESS, GROUP USA, LLC'S STATEMENT OF PARTIAL OPPOSITION AND PARTIAL NONOPPOSITION TO MOTION OF DEFENDANT NATIONAL CITY BANK TO TRANSFER THE CASE TO THE NORTHERN DISTRICT OF OHIO**<br><br>Date: September 15, 2008<br>Time: 9:00 am |

///

///

///

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

272216.2

STATEMENT OF PARTIAL OPPOSITION AND PARTIAL NONOPPOSITION TO MOTION TO TRANSFER BY DEFENDANT NATIONAL CITY BANK

Defendants Fortress Group USA, LLC, Roger Clark, and CRM Investors Corporation (the "Clark Defendants") partially oppose the motion by Defendant National City Bank (the "Bank") to transfer the entire case to the Northern District of Ohio or to dismiss. The Bank's motion is now set to be heard on September 15, 2008, the same date as the Clark Defendants' motion to dismiss or transfer the claims against them (or alternatively the entire matter) to the Western District of Michigan.

The Clark Defendants do not oppose the transfer of Plaintiff Papatheodorou's claims against the Bank to the Northern District of Ohio, as requested by the Bank in its motion. However, the Clark Defendants do oppose the transfer of any claims against them to the Northern District of Ohio. As will be expanded upon fully in their reply papers to their own motion, the Participation Agreement between the Clark Defendants and Plaintiff contains a mandatory forum-selection clause, which provides: "The State of Michigan shall be the legal venue with respect to this Participation Agreement and any action in relation thereto." Michigan is the only proper venue for Papatheodorou's claims against them.

Dated: August 25, 2008

GRESHAM SAVAGE NOLAN & TILDEN,
A Professional Corporation

By:  /S/   Jamie E. Wrage
Jamie E. Wrage
Attorney for Defendants,
ROGER CLARK, CRM INVESTORS CORPORATION and FORTRESS GROUP USA, LLC

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

272216.2

- 1 -

STATEMENT OF PARTIAL OPPOSITION AND PARTIAL NONOPPOSITION TO MOTION TO TRANSFER BY DEFENDANT NATIONAL CITY BANK